The BOARD OF TRUSTEES OF the
UNIVERSITY OF ILLINOIS,
Appellant

v.

MICRON TECHNOLOGY,
INC., Appellee.

No. 2014–1510.

United States Court of Appeals,
Federal Circuit.

March 12, 2015.

George C. Summerfield, Jr., Stadheim & Grear, Ltd., Chicago, IL, argued for appellant. Also represented by Rolf Stadheim.

Ruffin B. Cordell, Fish & Richardson, P.C., Washington, DC, argued for appellee. Also represented by Timothy W. Riffe, Adam Shartzer.

PROST, Chief Judge, MOORE and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

In re ZILLOW, INC., Appellant.

No. 2014–1546.

United States Court of Appeals,
Federal Circuit.

March 12, 2015.

Ramsey M. Al–Salam, Perkins Coie, LLP, Seattle, WA, argued for appellant. Also represented by Kevin Andrew Zeck, Steven D. Lawrenz, Anthony Johnson.

Amy J. Nelson, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Nathan K. Kelley, Scott Weidenfeller, Stacy Beth Margolies.

PROST, Chief Judge, MAYER and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.